# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Lloyd David HOSKINS SR

         Debtor(s)

Case No. 15 B 18958

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2015.

2) The plan was confirmed on 08/26/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2017.

5) The case was Dismissed on 11/20/2017.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $5,717.30 |
| Less amount refunded to debtor | $24.26 |
| **NET RECEIPTS:** | **$5,693.04** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,810.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $229.21 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,039.21** |

Attorney fees paid and disclosed by debtor:     $190.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC International | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Aegis Receivables Mgmt. | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Ameren Illinois | Unsecured | 267.00 | 266.57 | 266.57 | 17.45 | 0.00 |
| America's Financial Choice Inc | Unsecured | 613.00 | 613.91 | 613.91 | 45.98 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,913.00 | 1,912.96 | 1,912.96 | 139.86 | 0.00 |
| Ameritech | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Arm Professional Service | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Central Violation Bureau | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,000.00 | 4,190.45 | 4,190.45 | 313.88 | 0.00 |
| Cordia Communications | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Crandon Emergency Physicians | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| Economy Interiors | Unsecured | 1,541.00 | 1,776.81 | 1,776.81 | 129.90 | 0.00 |
| Financial Recovery Services | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| H&R Block | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 1,576.00 | NA | NA | 0.00 | 0.00 |
| Hemisphere Education Travel | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 32.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | 3,400.00 | 3,400.00 | 254.68 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 127.40 | 127.40 | 5.45 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 677.42 | 677.42 | 677.42 | 0.00 |
| International Check Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| James Messino & Associates | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| JDT Medical Billing | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 446.00 | 476.46 | 476.46 | 31.20 | 0.00 |
| John Lee Jackson | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| JVDB Associates | Unsecured | 1,091.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding LLC | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Marquette Radiology Associates LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Metra | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Metromedia Paging | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Auto | Unsecured | 3,433.00 | NA | NA | 0.00 | 0.00 |
| Midland Finance | Unsecured | 1,321.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 2,153.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Con. | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 724.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporation | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Porania LLC | Unsecured | 0.00 | 340.00 | 340.00 | 22.26 | 0.00 |
| PrimeCo | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 241.00 | 240.63 | 240.63 | 15.75 | 0.00 |
| Risk Management Alternatives | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| South Shore Hospital | Unsecured | 4,154.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Summit, City of | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Superior Asset Management | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Telecheck Services, Inc. | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Lawn | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| WOW Schaumburg | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Young S. Jung MD | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $677.42 | $677.42 | $0.00 |
| **TOTAL PRIORITY**: | **$677.42** | **$677.42** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$13,345.19** | **$976.41** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,039.21 |
| Disbursements to Creditors | $1,653.83 |

**TOTAL DISBURSEMENTS** : $5,693.04

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/02/2018                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**